Brendan V. Monahan
STOKES LAWRENCE
VELIKANJE MOORE & SHORE
120 N. Naches Avenue
Yakima, Washington 98901-2757
(509) 853-3000

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **EDWARD C. REINHART**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED,** a corporation,<br><br>Defendant. | **Case No.:** CV-06-3038-FVS<br><br>ORDER OF DISMISSAL |

THIS MATTER came on for hearing before the Court on the 8th day of December, 2010. Based on the records and files herein and the Joint Motion for Dismissal (Ct. Rec. 76) With Prejudice Without Costs or Fees and accompanying Stipulation of the attorneys of record for the parties, and being fully advised, NOW THEREFORE,

IT IS HEREBY ORDERED: The Joint Motion to Dismiss **(Ct. Rec. 76) is GRANTED**. This matter is dismissed, with prejudice. There is no prevailing party and

ORDER OF DISMISSAL- 1

STOKES LAWRENCE
VELIKANJE MOORE & SHORE
120 N. NACHES AVENUE
YAKIMA, WASHINGTON 98901-2757
(509) 853-3000

each party shall bear its own attorney fees and costs.  The Clerk is directed to enter judgment accordingly.

DATED this 8th day of December, 2010.

s/ Fred Van Sickle
SENIOR UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL- 2