AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

EDWARD C. REINHART, individually
and on behalf of all others similarly situated,

                      Plaintiff,

                         v.

MERRILL LYNCH, PIERCE, FENNER
& SMITH, INCORPORATED, a corporation,

                      Defendant.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-3038-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to    hearing    before the Court. The issues have been heard    and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this matter is dismissed with prejudice. There is no prevailing party and each party shall bear its own attorney fees and costs.

December 8, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda L. Hansen
*(By) Deputy Clerk*
Linda L. Hansen